IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

    VS.                                                             Criminal Case No. 23-00155-KD

GERONIMO REYES-CAMPOS

_____/

**SENTENCING MEMORANDUM**

  Geronimo Reyes Campos was born into conflict. Raised during the Nicaraguan Revolution which led to overthrow of Anastasio Somoza the President of Nicaragua in 1979. Somoza was President of Nicaragua from 1967 to 1972. From 1974 to 1979, as head of the National Guard, he was de facto ruler of the country. The conflict did not end in 1979, there were several factions on the right and left vying to fill the vacuum left by Somoza. Geronimo and his family found themselves arrested, displaced, and permanently separated from all they knew. Geronimo was then only five years old.

<u>*Born in a Feuding Country and Fleeing for Safety*</u>

  Mr. Reyes was born October 7th,1974 to Geronimo Reyes Trevino and Maria Emma Campos Rodriquez; he is one of 8 children. His mother passed away when he was young. His father was a local fisherman in their home of Puerto Corinto Nicaragua.

  His brother Roberto shared their father's opposition to the Sandinista National Liberation Front (FSLN). They were on "the losing side of the Revolution." His brother remembers they were followed, threatened, and feared for their lives. "Food was scarce, there was no protection, and

1

many were forced to migrate. Growing up in Nicaragua was tough and cruel during those years."[1] They temporarily relocated as a family to El Salvador, until they felt safe enough to return to their home.

In April 1987, Reyes and his family were arrested for supporting the ousted government. After their release from confinement, the family splintered. They were never all together again. Reyes has older brothers who reside in California and New York, while a sister remained in Nicaragua. Geronimo was the only child who remained with his father.

*Growing up and Starting a Family*

Mr. Reyes cannot read nor write. When he was growing up with his dad, survival was the primary concern, not education. As the son of a fisherman, he learned the trade from his father. This was not just a pastime for them, as it is for some fathers and sons. This would become his livelihood and his vocation.

Mr. Reyes eventually settled in Punta Arenas, Costa Rica, a small coastal town, looking for a better life. In Punta Arenas, he continued his vocation working as a fisherman. While there, he had his eldest two children, Natali Giselle Reyes-Salazar, and Anielque Isamar Salazar Jimenez. His daughters have grown into adulthood and still reside in Costa Rica. Sometime later, he met his current and long-time partner, whom he refers to as his wife, Sandra Maria Rojos Munoz. They have one son, Geronimo Lorenzo Rojas.

---

[1] Interview with Justo Roberto Campos- Geronimo's brother



From Left to Right: Geronimo and his son; Geronimo, Sandra (wife) and Geronimo Jr., and Geronimo, and his son.

Geronimo, Sandra and their son live in a small home close to where they both work. While Geronimo is a fisherman, his wife works in the Shrimp industry. They walk almost everywhere they go. They handwash and dry their clothing. Their stove is an electric skillet. All three share one room in their home. The two to three hundred pesos Geronimo brings home in a week is more than half the families income. Sandra said they are suffering without him. [2]



From Left to Right: Front view of home; inside of home,

---

[2] Phone interview with wife Sandra

*Troubling Health Conditions*

Mr. Reyes has two worrying health conditions. When he was feeling poorly about ten years ago his sister, who became a doctor in Nicaragua, ordered testing be done at a hospital in Nicaragua. They discovered that Mr. Reyes was born with only one kidney, and he is anemic. As a result, he he changed his way of living and eating. After that visit, he made it a priority to take better care of his health. His method of controling his condition is a strict adherece to an healthier diet. A bland diet with almost no salt and spices. The trip to the hospital in Nicaragual was a luxery to Mr. Reyes who rarely had access to proper medical care in Punta Arenas, Costa Rica.

Reyes-Campos entered Colombia for the first time in February of 2023. He accepted an offer to earn funds which ultimately implicated him in this case. He worked as a crew member on a boat headed for Colombia and was stranded there for four months. He accepted an offer to work on the crew of the boat laden with the contraband seized in this case. He regrets that fateful decision. At the time, he believed he had very few options.

His incarceration has been difficult on many levels, but deeply feels the absence of his family and the years he will spend without them. He is painfully aware that his incarceration will make life very difficult for his wife and minor child.



Mr. Reyes and his son the road outside their home.

Respectfully submitted,

s/CARLOS A. WILLIAMS WILL9821)
11 North Water Street Suite # 11290
Mobile, Alabama 36602
251-433-0910
251-433-0686 (FAX)

## CERTIFICATE OF SERVICE

I certify that on March 7, 2023, a copy of the above and foregoing instrument was furnished to the Assistant U.S. Attorney assigned to this case, by e-mail, to AUSA George May.

s/CARLOS A. WILLIAMS